442 A.2d 358

Commonwealth v. Fant, Appellant.

Petition for Allowance of Appeal Denied May 13, 1982.

Submitted May 22, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

442 A.2d 358

Commonwealth v. Figueroa, Appellant.

Submitted February 25, 1981. Charles J. Fonzone, for appellant; William Ford, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

Order affirmed.